JS-6

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN PHILLIPS, <br><br> Plaintiff, <br><br> vs. <br><br> DIVERSIFIED COLLECTION SERVICES, INC., <br><br> Defendant. | Case No.: SACV 09-01177 AG (MLGx) <br><br> **ORDER TO DISMISS WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1) and the parties' filed stipulation, the Court hereby orders, as follows:

1. Upon the agreement of all appearing parties, the present matter is to be dismissed with prejudice.

2. This court will retain jurisdiction over the present matter until the parties fully consummate the terms of the settlement agreement.

3. Parties to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: June 22, 2010

_____
The Honorable Andrew J. Guilford
United States District Judge

- 1 -

ORDER TO DISMISS